# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **EQUIPMENT RENTAL SOURCE, LLC, a Colorado corporation,** | ) ) ) | |
| Plaintiff, | ) ) | 4:15CV3061 |
| V. | ) ) | |
| **WESTERN SURETY COMPANY, a South Dakota corporation,** | ) ) ) | ORDER |
| Defendant. | ) ) | |

Defendant Western Surety Company has requested that Ronald Schmidt be allowed to withdraw as counsel and that Kory George be substituted as counsel on its behalf. (Filing 13.) The motion will be granted.

**IT IS ORDERED:**

1. Defendant's Unopposed Motion for Substitution of Attorney (filing 13) is granted.

2. The Clerk of Court shall terminate the appearance of Ronald Schmidt as counsel for Defendant and shall terminate future notices to him in this matter. The record shall reflect that Kory George has entered an appearance on Defendant's behalf.

**DATED July 29, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**